No. 614. FEDERAL LAND BANK OF WICHITA *v.* BOARD OF COUNTY COMMISSIONERS OF KIOWA COUNTY, KANSAS, ET AL. Supreme Court of Kansas. Certiorari granted. *Wm. G. Plested, Jr.* and *Edw. H. Jamison* for petitioner. *William M. Ferguson,* Attorney General of Kansas, and *A. K. Stavely* and *Robert C. Londerholm,* Assistant Attorneys General, for respondents. *Solicitor General Rankin, Assistant Attorney General Rice* and *I. Henry Kutz* for the United States, as *amicus curiae.*

No. 649. PUBLIC AFFAIRS ASSOCIATES, INC., TRADING AS PUBLIC AFFAIRS PRESS, *v.* RICKOVER; and

No. 739. RICKOVER *v.* PUBLIC AFFAIRS ASSOCIATES, INC., TRADING AS PUBLIC AFFAIRS PRESS. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Stanley B. Frosh* and *Harry N. Rosenfield* for petitioner in No. 649 and respondent in No. 739. *Joseph A. McDonald, Edwin S. Nail* and *Harry Buchman* for respondent in No. 649 and petitioner in No. 739. Reported below: 109 U. S. App. D. C. 128, 284 F. 2d 262; —— U. S. App. D. C. ——, —— F. 2d ——.

No. 178, Misc. HILL *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted limited to the question of whether petitioner may raise his claim under Federal Criminal Rule 32 (a) in the proceeding which he has now brought. Case transferred to the appellate docket. It is ordered that *Curtis R. Reitz, Esquire,* of Philadelphia, Pennsylvania, be, and he is hereby, appointed to serve as counsel for the petitioner in this case. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.